UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>PENINSULA PACKAGING, LLC, et al.,<br><br>Defendants. | No. 1:19-cv-01693-DAD-EPG<br><br>ORDER GRANTING STIPULATION FOR CONTINUATION OF PRE-TRIAL DATES<br><br>(ECF No. 12) |

On February 8, 2021, the parties filed a stipulation and proposed order for the continuation of pretrial dates. (ECF No. 12). The stipulation requests a continuance because Plaintiff's deposition has been delayed due to one or more unnamed person's positive COVID-19 tests, Defendants' 30(b)(6) depositions will take place after Plaintiff's deposition, and the parties wish to engage in alternative dispute resolution or other settlement discussions after those depositions.

The Court finds good cause to grant a continuance.

The Court next turns to the continued dates. The Court notes that the parties' stipulation has different proposed dates than their proposed order. (*See id.* at 4, 6). As the dates in the stipulation's body are followed by the attorneys' signatures, the Court will use those dates. In addition, the Court will select a new pretrial conference date further out than the requested date to accommodate the new dispositive motion filing deadline.

Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

| Event | Original Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Nonexpert Discovery Cutoff | December 4, 2020 | May 14, 2021 |
| Expert Disclosure | January 15, 2021 | July 15, 2021 |
| Rebuttal Expert Disclosure | February 19, 2021 | August 13, 2021 |
| Expert Discovery Cutoff | March 19, 2021 | September 17, 2021 |
| Dispositive Motion Filing Deadline | April 22, 2021 | October 1, 2021 |
| Pretrial Conference | October 4, 2021 | March 14, 2022 at 1:30 p.m. |

IT IS SO ORDERED.

Dated:   **February 9, 2021**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE