| | |
|---|---|
| MARK HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PENINSULA PACKAGING, LLC, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-01693-DAD-EPG<br><br>ORDER GRANTING SECOND STIPULATION FOR CONTINUATION OF PRE-TRIAL DATES<br><br>(ECF No. 17) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On May 26, 2021, the parties filed a second stipulation and proposed order for the continuation of pretrial dates. (ECF No. 17; *see* ECF No. 12 (parties' first stipulation and proposed order for the continuation of pretrial dates)). The stipulation requests a continuance because, while the parties have completed some discovery to date, they still need to take oral depositions and possibly conduct additional discovery.

The Court finds good cause to grant a continuance.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

| Event | Original Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Nonexpert Discovery Cutoff | May 14, 2021 | July 16, 2021 |
| Expert Disclosure | July 15, 2021 | September 17, 2021 |
| Rebuttal Expert Disclosure | August 13, 2021 | October 1, 2021 |
| Expert Discovery Cutoff | September 17, 2021 | October 29, 2021 |
| Dispositive Motion Filing Deadline | October 1, 2021 | November 1, 2021 |
| Pretrial Conference | March 14, 2022, at 1:30 p.m | Remains March 14, 2022, at 1:30 p.m. |

IT IS SO ORDERED.

Dated: **June 1, 2021**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE