UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PENINSULA PACKAGING, LLC, et al.,<br><br>　　　　Defendants. | No.  1:19-cv-01693-DAD-EPG<br><br>ORDER GRANTING THIRD STIPULATION FOR CONTINUATION OF PRE-TRIAL DATES<br><br>(ECF No. 20)<br><br>ORDER SETTING STATUS CONFERENCE ON OCTOBER 14, 2021, AT 3:30 P.M |

　　　　On September 17, 2021, the parties filed a third stipulation and proposed order for the continuation of pretrial dates. (ECF No. 20; *see* ECF No. 17 (parties' second stipulation and proposed order for the continuation of pretrial dates); ECF No. 12 (parties' first stipulation and proposed order for the continuation of pretrial dates)). The stipulation requests a continuance because, while the parties have completed some discovery to date, they still need to take oral depositions and possibly make another attempt at resolving the case through alternative dispute resolution.

　　　　The Court finds good cause to grant a continuance.

///

///

1

Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

| Event | Original Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Status Conference | None | October 14, 2021, at 3:30 p.m.[1] |
| Nonexpert Discovery Cutoff[2] | July 16, 2021 | October 30, 2021 |
| Expert Disclosure | September 17, 2021 | November 12, 2021 |
| Rebuttal Expert Disclosure | October 1, 2021 | December 3, 2021 |
| Expert Discovery Cutoff | October 29, 2021 | December 31, 2021 |
| Dispositive Motion Filing Deadline | November 1, 2021 | January 31, 2022 |
| Pretrial Conference | March 14, 2022, at 1:30 p.m. | July 11, 2022, at 1:30 p.m.[3] |

IT IS SO ORDERED.

Dated:  **September 21, 2021**              /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are directed to file a joint report, of up to five (5) pages, outlining the status of the case, any additional discovery still planned, potential for settlement, and any other issues pending that would benefit from the Court's assistance/direction. The parties shall file the report one full week prior to the conference, and email a copy, in Word format, to epgorders@caed.uscourts.gov. If the parties are appearing telephonically, each party shall dial 1 (888) 251-2909 and enter access code 1024453.

[2] Specifically, the Court extends the non-expert discovery cutoff for the purpose of the parties deposing Defendant Joseph Evaro and conducting Rule 30(b)(6) depositions of Defendants Sonoco Products Company and Peninsula Packaging LLC.

[3] Given the extension of the dispositive motion deadline, it is necessary to likewise extend the pretrial conference date.