UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PENINSULA PACKAGING, LLC, et al.,<br><br>　　　　　Defendants. | No.  1:19-cv-01693-DAD-EPG<br><br>ORDER GRANTING FOURTH STIPULATION FOR CONTINUATION OF PRE-TRIAL DATES<br><br>(ECF No. 24) |

   On January 21, 2022, the parties filed a fourth stipulation and proposed order for the continuation of pretrial dates. (ECF No. 24; *see* ECF No. 20 (parties third stipulation and proposed order for the continuation of pretrial dates); ECF No. 17 (parties' second stipulation and proposed order for the continuation of pretrial dates); ECF No. 12 (parties' first stipulation and proposed order for the continuation of pretrial dates)). The stipulation requests a continuance because the parties are going "to make another attempt to resolve this case at another half-day Settlement Conference with Magistrate Judge Delaney, to take place before March 15, 2022." (ECF No. 24, pp. 1-2).

   The Court finds good cause to grant a continuance.

   Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1

| Event | Original Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Dispositive Motion Filing Deadline | February 4, 2022 | April 15, 2022 |
| Pretrial Conference | July 11, 2022, at 1:30 p.m. | September 19, 2022, at 1:30 p.m.[1] |

IT IS SO ORDERED.

Dated: **January 24, 2022**            /s/ *Eric P. Grojy*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Given the extension of the dispositive motion deadline, it is necessary to likewise extend the pretrial conference date.