UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PENINSULA PACKAGING, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01693-DAD-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 31) |

　　　　On June 9, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees, except as otherwise agreed in the parties' settlement agreement. (ECF No. 31). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

　　　　Accordingly, the Clerk of Court is directed to close this case. Pursuant to the parties' stipulated request, the Court retains jurisdiction to enforce the terms and conditions of the settlement and release.

IT IS SO ORDERED.

　　Dated:　**June 10, 2022**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1